JAMES M. BARATTA (SBN 054890)
MICHAEL S. FREY (SBN 216100)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA  92614
Telephone:  (949) 660-1600
Facsimile:   (949) 660-6060
6080.033

Attorneys for Plaintiff, SUA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SUA INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SILVER OAK CONSTRUCTION, INC., KARL WOLF,<br><br>　　　　　　　Defendants. | Case No.  1:08-CV-00129-LJO-DLB<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS DEFENDANT KARL WOLF WITHOUT PREJUDICE** |

　　　Based on the stipulation of the parties and GOOD CAUSE appearing therefrom, the Court orders as follows:

　　　　　Plaintiff SUA INSURANCE COMPANY'S Complaint herein entitled *SUA Insurance Company v. Silver Oak Construction, Inc., et al*, bearing Case No. 1:08-CV-00129-LJO-DLB, as to the defendant KARL WOLF <u>only</u> be dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated:  　March 25, 2008　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**