IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUA INSURANCE CO., | CASE NO. **CV F 08-129 DLB**<br>**(New case number)** |
| Plaintiff, | **ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |
| vs. | |
| SILVER OAK CONSTRUCTION, | |
| Defendant. / | |

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court:

1. ORDERS the parties' counsel, **no later than May 7, 2008,** to date, sign and file a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"); and

2. DIRECTS the clerk to attach a consent form to this order.

**All papers shall bear the new case number CV F 08-129 DLB.**

IT IS SO ORDERED.

**Dated:   April 29, 2008**                    **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

1