**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUA INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SILVER OAK CONSTRUCTION,<br>INC.,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 08-129 DLB<br><br>**SCHEDULING CONFERENCE ORDER** |

| | | |
|---|---|---|
| Expert Disclosure: | | October 13, 2008 |
| Supplemental Expert Disclosure: | | October 20, 2008 |
| Nonexpert Discovery Cutoff: | | November 19, 2008 |
| Expert Discovery Cutoff: | | December 1, 2008 |
| Pretrial Motion Filing Deadline: | | December 12, 2008 |
| Pretrial Motion Hearing Deadline: | | January 15, 2009 |
| Settlement Conf.: | Date: | Sept. 10, 2008 |
| | Time: | 10:00 a.m. |
| | Dept.: | 7 (SMS) |
| Pretrial Conf.: | Date: | Feb. 13, 2009 |
| | Time: | 1:30 p.m. |
| | Dept.: | 9(DLB) |
| Jury Trial: (5-7 days est.) | Date: | Mar. 23, 2009 |
| | Time: | 8:30 a.m. |
| | Dept.: | 9 (DLB) |

1

1    This Court conducted an April 21, 2008 scheduling conference.  Plaintiff Sua Insurance

2  Company appeared by telephone by counsel Michael Frey. Defendant Silver Oak Construction, Inc.

3  appeared by telephone by counsel Patrick Gorman. Pursuant to F.R.Civ.P. 16(b), this Court sets a

4  schedule for this action.

5  **1.      Amendment To The Parties' Pleadings**

6    The parties propose no amendments to their respective pleadings.

7  **2.      Consent To Magistrate Judge**

8    All parties consent to the conduct of further proceedings, including trial, by United States

9  Magistrate Judge Dennis L. Beck.  This case will be reassigned when the parties indicate that consent

10  in writing, no later than May 7, 2008.

11  **3.      Fed. R. Civ. P. 26(a)(1) Initial Disclosures**

12    The parties are directed to serve their respective Fed. R. Civ. P. 26(a)(1) initial disclosures no

13  later than May 9, 2008.

14  **4.      Expert Witnesses**

15    Initial expert witness disclosures by any party shall be served no later than **October 13, 2008.**

16  Supplemental expert witness disclosures by any party shall be served no later than **October 20, 2008.**

17  Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all

18  information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically

19  apply to all discovery relating to expert witnesses and their opinions.  Each expert witness must be

20  prepared fully to be examined on all subjects and opinions included in the designations.  Failure to

21  comply with these requirements will result in the imposition of appropriate sanctions, which may include

22  the preclusion of testimony or other evidence offered through the expert witness.  In particular, this

23  Court will enforce preclusion of testimony or other evidence for failure to strictly comply with

24  F.R.Civ.P. 26(e).

25  **5.      Discovery Cutoffs And Limits**

26    All nonexpert discovery and related discovery motions (including motions to compel) shall be

27  completed or heard no later than **November 19, 2008.**  All expert discovery and related discovery

28  motions (including motions to compel) shall be completed or heard no later than **December 1, 2008.**

**6.      Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served <u>and filed</u> no later than **December 12, 2008.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **January 15, 2009.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**7.      Mandatory Settlement Conference**

This Court sets a settlement conference for **September 10, 2008 at 10:00 a.m.** in Department 7 (SMS) before United States Magistrate Judge Sandra M. Snyder.  Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

**No later than five court days before the conference,** each party shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement.  This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.  Counsel are urged to request the return of their statements.  If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A.      A brief statement of the facts of the case;

B.      A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C.      A summary of the proceedings to date;

D.      An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

E.      The relief sought; and

F.      The party's position on settlement, **including the amount which or otherwise what the**

1    **party will accept to settle, realistic settlement expectations**, present demands and offers, and a history

2    of past settlement discussions, offers, and demands.

3         This Court will vacate the settlement conference if the Court finds the settlement conference will

4    be neither productive nor meaningful to attempt to resolve all or part of this case.  As far in advance of

5    the settlement conference as possible, a party shall inform the Court and other parties that it believes the

6    case is not in a settlement posture so that the Court may vacate or reset the settlement conference.

7    Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve

8    all or part of the case.

9    **8.      Pretrial Conference**

10        This Court sets a pretrial conference for **February 13, 2009 at 8:30 a.m.** in Department 9 (DLB)

11   of this Court.   The parties are directed to file a joint pretrial statement which complies with the

12   requirements of this Court's Local Rule 16-281.  In addition, the joint pretrial statement should include

13   a brief factual summary and an agreed upon neutral statement of the case.  An additional copy of the

14   joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in

15   CM/ECF and shall be e-mailed in WordPerfect format to dlborders@caed.uscourts.gov.

16        The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  This Court will

17   insist upon strict compliance with those rules.

18        At the pretrial conference, the Court will set deadlines, among others, to file motions in limine,

19   final witness lists, exhibits, jury instructions, objections, and other trial documents.

20   **9.      Trial Date**

21        A 5-7 day jury trial is set for **March 23, 2009 at 8:30 a.m.** in Department 9 (DLB) of this Court.

22   **10.     Effect Of This Order**

23        This order represents the best estimate of the Court and parties as to the agenda most suitable to

24   dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot

25   be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be

26   made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines

27   contained herein will not be considered unless they are accompanied by affidavits or declarations with

28   attached exhibits, where appropriate, which establish good cause for granting the relief requested.

1          Failure to comply with this order shall result in the imposition of sanctions.

2   **IT IS SO ORDERED.**

3   **Dated:     April 29, 2008                         /s/ Lawrence J. O'Neill**
                                                **UNITED STATES DISTRICT JUDGE**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28