UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SUA INSURANCE COMPANY, an Illinois Corporation,<br><br>          Plaintiff,<br>     vs.<br><br>SILVER OAK CONSTRUCTION, INC., KARL WOLF,<br><br>          Defendants. | **Case No. CV F 08-129 DLB**<br><br>**ORDER**<br>**RE: JOINT STIPULATION OF ALL PARTIES REGARDING REQUEST TO CONTINUE DATE FOR MOTION FOR SUMMARY JUDGMENT HEARING**<br><br>**Hon. Dennis L. Beck** |

IT IS HEREBY ORDERED that the hearing date for Silver Oak Construction, Inc.'s Motion for Summary Judgment set for November 21, 2008 before the Honorable Magistrate Judge Dennis L. Beck be continued to December 19, 2008, pursuant to the Joint Stipulation of All Parties Regarding Request To Continue Date For Motion For

1

[PROPOSED] ORDER RE: JOINT STIPULATION OF ALL PARTIES REGARDING REQUEST TO CONTINUE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT HEARING

1 Summary Judgment Hearing, all oppositions and replies will proceed according to the

2 new date.

3

4 DATED:  5 November 2008            /s/ Dennis L. Beck
          Honorable Dennis L. Beck
5          United States Magistrate Judge

2

[PROPOSED] ORDER RE: JOINT STIPULATION OF ALL PARTIES REGARDING REQUEST TO CONTINUE
HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT HEARING